FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 23, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMANDA RHOADS,<br><br>                    Plaintiff,<br><br>      v.<br><br>SPOKANE COUNTY, a county existing under Washington Law and TIMOTHY W. FITZGERALD, individually,<br><br>                  Defendants. | No. 2:17-cv-00414-SMJ<br><br>**ORDER DISMISSING CASE** |

On January 17, 2020, the parties filed a stipulated dismissal, ECF No. 48. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a),

**IT IS HEREBY ORDERED**:

    **1.**    The parties' Stipulation for Dismissal With Prejudice and Without Costs to Any Party, **ECF No. 48**, is **GRANTED**.

    **2.**    All claims are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorneys' fees.

    **3.**    All pending motions are **DENIED AS MOOT**.

    **4.**    All hearings and other deadlines are **STRICKEN**.

ORDER DISMISSING CASE **-** 1

**5.** The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 23rd day of January 2020.

_____
SALVADOR MENDOZA, JR.
United States District Judge